IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 1:14-cv-917-AP

RACHELLE HALLIBURTON,
    Plaintiff,

v.

CAROLYN COLVIN,
COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

## ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Unopposed Motion for Dismissal of Appeal of Commissioners denial of Social Security benefits, filed December 3, 2014, is GRANTED. Plaintiff's case is dismissed with prejudice.

Dated: December 3, 2014

BY THE COURT:

*S/John L. Kane*
John L. Kane, Senior Judge
United States District Court